## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                      Plaintiff

vs.

JOSEPH OSBORN

                  Defendant(s)

CIVIL NO.  24-4444

## CERTIFICATE OF SERVICE

       I, Michael McKeever, Esquire, hereby certify that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on August 26, 2024.

JOSEPH OSBORN
1839 6th Street
Bethlehem, PA 18020

                  Respectfully submitted,

                  KML Law Group, P.C.

                  By: /s/ Michael McKeever
                  Michael McKeever, Esquire
                  Suite 5000
                  701 Market Street
                  Philadelphia, PA  19106-1532
                  (215) 825-6303