# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:24-cv-4444 |
| : | |
| JOSEPH OSBORN, : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 27th day of November, 2024, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the Plaintiff has failed to make service on the Defendant in this case within ninety (90) days of the filing of the Complaint, it is hereby **ORDERED** that the Plaintiff must make service by **December 11, 2024**.

This Order also serves as notice to the Plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that Plaintiff must file proof of service by **December 18, 2024**. If Plaintiff fails to timely file proof of service, the Court may dismiss without prejudice the case against any unserved Defendant.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**