UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH OSBORN,<br>    Defendant. | :<br>:<br>:<br>:  No. 5:24-cv-4444<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 5th day of December, 2024, upon consideration of Plaintiff's Motion to Extend Time to File Service, *see* ECF No. 7, and upon consideration of the Motion for Alternative Service, *see* ECF No. 6, **IT IS HEREBY ORDERED THAT:**

  1.  For the good cause shown therein[1], the Motion to Extend Time to File Service, *see* ECF No. 7, is **GRANTED**. Plaintiff shall effectuate service **not later than January 6, 2025**;

  2.  In light of the good faith efforts of counsel to locate Defendant and effect service, the Motion for Alternative Service, *see* ECF No. 6, is **GRANTED**.[2] The Summons and Complaint in Enforced Collections may be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address and by regular and certified mail addressed to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

---

[1] *See* Fed. R. Civ. P. 4(m).
[2] *See Marks Law Offices, LLC v. Mireskandari*, 704 F. App'x 171, 176-77 (3d Cir. 2017) (holding that Pennsylvania Rule of Civil Procedure 430, which allows a court to permit alternative service, requires the plaintiff to submit "an affidavit stating his good faith efforts to locate the defendants and effect service" (citing Pa. R. Civ. P. 430(a))).

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court