# KML LAW GROUP, P.C.

ATTORNEYS AT LAW

SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106
(215) 627-1322
WWW.KMLLAWGROUP.COM

December 17, 2024

JOSEPH OSBORN
1839 6th Street
Bethlehem, PA 18020

RE:    Acceptance of Service for Complaint in Enforced Collections
United States of America
vs.
JOSEPH OSBORN
No. 24-4444
KML File#: USA-238331

Dear Sir/Madam:

    Enclosed please find a copy of the Complaint in Enforced Collections for the above referenced matter and an Acceptance of Service. If you have any questions, please do not hesitate to contact us. Thank you for your cooperation in this matter.

    *Michael McKeever*
FD6EC2AA19974DF...
KML Law Group, P.C.
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 24-4444 |
| vs. | |
| JOSEPH OSBORN | |
| Defendants | |

## ACCEPTANCE OF SERVICE

I accept service of the Complaint in Enforced Collections on behalf of Defendant, **JOSEPH OSBORN** and I certify that I am authorized to do so.

DATED: December 17, 2024  _____

**JOSEPH OSBORN**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: A7729A88-8F9C-4325-A448-889B34B7EE9E | | Status: Completed |
| Subject: Complete with Docusign: USA-238331_Acceptance of Service_Copy.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Michael McKeever |
| AutoNav: Enabled | | Suite 5000 |
| EnvelopeId Stamping: Enabled | | 701 Market Street |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Philadelphia, Pennsylvania 19106 |
| | | MMcKeever@KMLlawgroup.com |
| | | IP Address: |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>  12/17/2024 12:14:49 PM | Holder: Michael McKeever<br>  MMcKeever@KMLlawgroup.com | Location: DocuSign |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Joseph Osbourne<br><br>Security Level: Email, Account Authentication (None) | Signed by:<br>7210F6DECD614CF...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address:<br>Signed using mobile | Sent: 12/17/2024 12:16:01 PM<br>Viewed: 12/17/2024 12:45:48 PM<br>Signed: 12/17/2024 12:48:40 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Michael McKeever<br>mmckeever@kmllawgroup.com<br>Attorney<br>KML Law Group, P.C.<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Michael McKeever<br>FD6EC2AA19974DF...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: | Sent: 12/17/2024 12:16:02 PM<br>Viewed: 12/17/2024 12:16:18 PM<br>Signed: 12/17/2024 12:16:25 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/17/2024 12:16:02 PM |
| Certified Delivered | Security Checked | 12/17/2024 12:16:18 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Signing Complete | Security Checked | 12/17/2024 12:16:25 PM |
| Completed | Security Checked | 12/17/2024 12:48:40 PM |

| Payment Events | Status | Timestamps |
|---|---|---|