UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| THE UNITED STATES OF AMERICA, : |
|                Plaintiff, : |
| : |
|       v. : | No. 5:24-cv-4444 |
| : |
| JOSEPH OSBORN, : |
|                Defendant. : |

_____

**DEFAULT NOTICE**
10 Day Notice – Failure of Defendant to
Answer or Otherwise Respond to Plaintiff's Complaint

TO:    All Parties

      A review of the Court's records indicates that Defendant has failed to timely respond to the Complaint.[1]

      If Plaintiff fails to take action to have a default entered against Defendant pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint for lack of prosecution.

                                                            GEORGE V. WYLESOL, Clerk of Court

                                                          By: /s/ Diane J. Abeles_____
                                                               Diane J. Abeles, Civil Deputy Clerk
                                                               The Honorable Joseph F. Leeson, Jr.
                                                               Diane_J_Abeles@paed.uscourts.gov

Date of Notice: January 10, 2025

---

[1] This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.