UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>JOSEPH OSBORN,<br>    Defendant. | :<br>:<br>:<br>:  No. 5:24-cv-4444<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 16th day of April, 2025, upon consideration of Plaintiff's Request for Default Judgment, *see* ECF No. 19, and for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED THAT**:

  1.  **JUDGMENT IS ENTERED** in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Treasury, and against Defendant, JOSEPH OSBORN, in the amount of $12,532.62.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full;

  2.  This case is **CLOSED.**

                    BY THE COURT:


                    */s/ Joseph F. Leeson, Jr.*
                    JOSEPH F. LEESON, JR.
                    United States District Judge